# ROGERS *v.* CLARK IRON COMPANY.

ERROR TO THE SUPREME COURT OF THE STATE OF
MINNESOTA.

No. 244.   Motion to dismiss submitted April 4, 1910.—Decided April 11,
1910.

Where the state-court only decides who is entitled to lands under a
patent no Federal question is necessarily involved and this court
does not have jurisdiction to review under § 709, Rev. Stat., and
in this case no Federal question was decided directly or by im-
plication.

An attempt to raise a Federal question in this court for the first time
is too late.

104 Minnesota, 198, affirmed.

THE facts involve the claim of title to property in the
State of Minnesota based on a patent of the United
States. The state court found the facts as contended by
the defendants, and also that the patent itself was not
attacked, but that the question was: Who was the person
entitled to the lands under the patent?

*Mr. John B. Richards* and *Mr. Daniel G. Cash* for plain-
tiffs in error.

*Mr. John G. Williams, Mr. Oscar Mitchell, Mr. Joseph B.
Cotton, Mr. Frank D. Adams, Mr. William R. Begg* and
*Mr. C. O. Baldwin* for defendants in error.

*Per Curiam.* Writ of error dismissed for want of ju-
risdiction. The case is reported below in 104 Minnesota,
198, where the facts are set forth at length. We hold
that no Federal question was decided either in express
terms or by necessary implication, and that the attempt
to raise a Federal question was made in this court for
the first time, which was too late.